**Order filed August 6, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00233-CV
_____

**BONG-BONG TINO CENTENO, Appellant**

**V.**

**EDEN G. CENTENO, Appellee**

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2017-68476**

---

## O R D E R

Appellant's brief was due July 31, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 30, 2019** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM